NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDA C. ARMSTEAD,**

*Plaintiff-Appellant*

**v.**

**ALVIN BRAGG, MICHAEL COHEN, MIKE PENSE, STEPHANIE CLIFFORDS,**

*Defendants-Appellees*

---

2024-1836

---

Appeal from the United States District Court for the Southern District of New York in No. 1:23-cv-02976-LTS, Judge Laura Taylor Swain.

---

PER CURIAM.

## O R D E R

No party having filed a response to the court's June 13, 2024 show cause order, we now dismiss.

Brenda C. Armstead sued a district attorney and three private individuals, alleging they engaged in wrongful conduct in connection with state court proceedings against former President Trump.  ECF No. 1-2 at 10.  On April 11, 2023, the district court dismissed the action, and Ms. Armstead filed her notice of appeal on May 3, 2024.

2                                                          ARMSTEAD v. BRAGG

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007).  Here, Ms. Armstead's notice of appeal, filed more than a year after the district court's April 11, 2023 judgment, is clearly untimely.  For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

September 30, 2024                    Jarrett B. Perlow
        Date                             Clerk of Court